IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HABIB SURANI, | § |
| | § |
| Plaintiff, | § |
| | §   Civil Action No. 3:09-CV-1394-N |
| v. | § |
| | § |
| FIRST NATIONAL BANK OF BURLESON, | § |
| | § |
| Defendant. | § |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court finds that the findings, conclusions, and recommendation of the Magistrate Judge are correct, and they should be adopted.

IT IS, THEREFORE, ORDERED that the findings, conclusions, and recommendation of the United States Magistrate Judge are adopted.

SIGNED November 12, 2009.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE